## IN THE IOWA DISTRICT COURT FOR LINN COUNTY

TRACY LYNN POWELL,

     Plaintiffs,

v.

THOMAS WILTON BLACKSTONE,
COLDIRON SPECIALIZED DRIVEAWAY,
INC., and PROGRESSIVE INSURANCE
COMPANY,
     Defendants.

Case No. _____

**ORIGINAL NOTICE**

**TO THE ABOVE-NAMED DEFENDANTS:**
     **THOMAS WILTON BLACKSTONE**
     **COLDIRON SPECIALIZED DRIVEAWAY, INC.**
     **PROGRESSIVE INSURANCE COMPANY**

     You are hereby notified that there is now on file in the office of the clerk of the above court a petition at law naming you as a defendant in the above-entitled action, a copy of the Petition at Law and Jury Demand is attached hereto. The Plaintiffs' attorney is Richard R. Schmidt of Mueller, Berg & Schmidt, P.L.L.C., whose address is 2711 Grand Avenue, Des Moines, Iowa 50312. The attorney's phone number is (515) 444-4000 and facsimile number is (515) 635-0082.

     You are further notified that the above case has been filed in a county that utilizes electronic filing. Unless, within 20 days of service of this original notice is upon you, you serve, and within a reasonable time thereafter, file a motion or answer in the Iowa District Court for **LINN COUNTY**, at the courthouse in **CEDAR RAPIDS, IOWA**, judgment by default will be rendered against you for the relief demanded in the petition. Please see Iowa Court rules Chapter 16 for information on electronic filing and Iowa Court Rules Chapter 16, division VI regarding the protection of personal information in the court filings.

     If you need assistance to participate in court due to a disability, call the disability coordinator at (319) 398-3920. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). **Disability coordinators cannot provide legal advice.**

_____
**CLERK OF THE ABOVE COURT**
Linn County Courthouse
51 3rd Avenue Bridge
PO BOX 1468
Cedar Rapids, IA 52406-5488

# STATE OF IOWA JUDICIARY

*Case No.* LACV095681

*County* Linn

*Case Title* TRACY L POWELL VS THOMAS W BLACKSTONE ET AL

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:**
http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16:** http://www.iowacourts.state.ia.us/Efile

---

*Scheduled Hearing:*



---

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(319) 398-3920**  . (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

*Date Issued* 06/22/2020 10:58:47 AM



*District Clerk of* Linn                    *County*

/s/ Breauna Emanuel

IN THE IOWA DISTRICT COURT FOR LINN COUNTY

| | |
|---|---|
| TRACY LYNN POWELL,<br>          Plaintiff,<br>v.<br>THOMAS WILTON BLACKSTONE,<br>COLDIRON SPECIALIZED DRIVEAWAY,<br>INC., and PROGRESSIVE INSURANCE<br>COMPANY,<br>          Defendants. | FILE NO: _____<br><br><br>**PETITION AT LAW**<br>**and**<br>**JURY DEMAND** |

**COMES NOW** the Plaintiff, by and through the undersigned attorney, and for her Petition at Law, hereby states the following:

## JURISDICTION AND VENUE

1.      At all times material hereto, Plaintiff Tracy Lynn Powell was an individual and resident of Cedar Rapids, Linn County, Iowa.

2.      At all times material hereto, Defendant Thomas Wilton Blackstone was an individual and a resident of Linwood, North Carolina.

3.      At all times material hereto, Defendant Coldiron Specialized Driveaway, Inc., was an Oklahoma Corporation, that has conducts business throughout the United States.

4.      At all times material hereto, Defendant Progressive Insurance Company, was a business entity domiciled in the State of Iowa and was registered with the Iowa Insurance Division located in Des Moines, Polk County, Iowa.

5.      The allegations which gave rise to this lawsuit occurred in Linn County, Iowa.

6.      The amount of controversy exceeds the jurisdictional requirements of the Iowa District Court in and for Linn County.

## FACTS COMMON TO ALL ACCOUNTS

7.      Plaintiff incorporates by reference all preceding paragraphs as if fully set out forth

1

herein.

8.     On or about July 10, 2018, Plaintiff Tracy Lynn Powell was driving her vehicle westbound on the outside lane in the 800 block of 33rd Avenue SW in Cedar Rapids, Lynn County, Iowa.

9.     At said time and place Defendant Thomas Wilton Blackstone was driving with consent a vehicle owned by Coldiron Specialized Driveaway, Inc and travelling westbound on the inside lane.

10.     At said time and place, Defendant Thomas Wilton Blackstone attempted to make a right turn from the inside lane and struck the vehicle driven by Plaintiff Tracy Lynn Powell.

11.     Plaintiff Tracy Lynn Powell suffered injuries as a result of the motor vehicle collision.

**COUNT I: NEGLIGENCE**
**DEFENDANT BLACKSTONE**

12.     Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.

13.     Defendant Thomas Wilton Blackstone had a duty to use reasonable care in the operation of the motor vehicle.

14.     Defendant Thomas Wilton Blackstone breached the aforesaid duty in one or more of the following particulars:

   a.   In failing to keep a proper lookout;

   b.   In failing to have the vehicle under control at all times, in violation of Iowa Code §321.288;

   c.   In failing to make proper use of lanes in violation of Iowa Code §321.206;

2

    d.   In failing to exercise due care to avoid colliding with a vehicle upon a public roadway;

    e.   In failing to obey state and local laws and rules of the road concerning the safe operation of an automobile;

    f.   In failing to act as a reasonably prudent person under the same or similar circumstances.

15.    Defendant Thomas Wilton Blackstone's aforesaid negligence was a proximate cause of the described collision which subsequently caused injuries and damages sustained by Plaintiff Tracy Lynn Powell.

16.    As a result of the aforesaid, Plaintiff Tracy Lynn Powell sustained multiple injuries to her body and extremities, the full and complete extent of which are not yet known.

17.    As a result of Defendant Thomas Wilton Blackstone's negligent acts and omissions, Plaintiff Tracy Lynn Powell has suffered and will continue to suffer the following harms and losses:

    a.   Past medical expenses;

    b.   Future medical expenses;

    c.   Past pain and suffering;

    d.   Future pain and suffering;

    e.   Past loss of function of full use of body;

    f.   Future loss of function of full use of body;

    g.   Past loss of income;

    h.   Future loss of income;

    i.   Any other element of damages allowable under Iowa law not specifically set forth herein.

**WHEREFORE,** Plaintiff Tracy Lynn Powell demands judgment against Defendant Thomas Wilton Blackstone, in a sum commensurate with the injuries and damages she has suffered, together with interest thereon as allowed by law, and for the costs of this action.

## COUNT II: OWNER LIABILITY PURSUANT TO IOWA CODE SECTION 321.493 COLDIRON SPECIALIZED DRIVEAWAY INC.

18.    Plaintiff Tracy Lynn Powell incorporates by reference all preceding paragraphs as if fully set forth herein.

19.    At all times material to this accident, Defendant Coldiron Specialized Driveaway, Inc. was the owner of a 2016 Freightliner Cascadia Semi which was operated by its employee, Defendant Thomas Wilton Blackstone.

20.    As such, Iowa Code Section 321.493 imputes liability for damages caused by the operation of said 2016 Freightliner Cascadia Semi.

21.    As a result of the negligent operation of said 2016 Freightliner Cascadia semi, Plaintiff Tracy Lynn Powell suffered injuries to her person which include and will continue to suffer the following harms and losses as a result of the July 10, 2018 motor vehicle collision.

    a.   Past medical expenses;

    b.   Future medical expenses;

    c.   Past pain and suffering;

    d.   Future pain and suffering;

    e.   Past loss of function and full use of body;

    f.   Future loss of function and full use of body;

4

g. Past loss of income;

h. Future loss of income; and

i. Any other element of damages allowable under Iowa law not specifically set forth herein.

**WHEREFORE**, Plaintiff Tracy Lynn Powell demands judgment against Defendant Coldiron Specialized Driveaway, Inc., pursuant to Iowa Code Section 321.493 as owner of the vehicle involved in the July 10, 2018 collision for the injuries she sustained, together with interest thereon as allowed by law, and for the costs of this action.

## COUNT III: UNDERINSURED/UNINSURED (UIM/UM) MOTORIST CLAIM AGAINST DEFENDANT PROGRESSIVE AUTOMOBILE INSURANCE COMPANY

22. Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.

23. Plaintiff Tracy Lynn Powell had underinsured insurance coverage on July 10, 2018, the date of said collision, through Progressive Insurance Company, policy # 40438284.

24. As a result of the July 10, 2018, motor vehicle collision, Plaintiff Tracy Lynn Powell suffered injuries and damages through no fault of her own.

25. Plaintiff Tracy Lynn Powell is entitled to compensation under this policy for her injuries if it is found that the negligent parties were underinsured.

26. Plaintiff Tracy Lynn Powell has suffered and will continue to suffer the following harms and losses as a result of the July 10, 2018, motor vehicle collision:

a. Past medical expenses;

b. Future medical expenses;

5

c.  Past pain and suffering;

d.  Future pain and suffering;

e.  Past loss of function and full use of body;

f.  Future loss of function and full use of body;

g.  Past loss of income;

h.  Future loss of income; and

i.  Any other element of damages allowable under Iowa law not specifically set forth herein.

**WHEREFORE**, Plaintiff Tracy Lynn Powell demands judgment against Defendant Progressive Insurance Company pursuant to her underinsured insurance and uninsured insurance policy coverage for the injuries she sustained and damages exceeding  policy limits of any coverage applicable to Defendant Thomas Wilton Blackstone and/or any other insured Defendants, together with interest thereon as allowed by law, and for the costs of this action.

<u>**JURY DEMAND**</u>

Plaintiff Tracy Lynn Powell hereby requests trial by jury in the above-captioned matter.

RICHARD R. SCHMIDT, AT0007015
Mueller, Berg & Schmidt, PLLC
2711 Grand Avenue
Des Moines, Iowa 50312
Telephone:  (515) 444-4000
Facsimile:  (515) 635-0082
Email: rick.schmidt@iowalawyers.com
ATTORNEY FOR PLAINTIFF

6

IN THE IOWA DISTRICT COURT FOR LINN COUNTY

| | |
|---|---|
| TRACY LYNN POWELL,<br>　　　Plaintiff,<br>v.<br>THOMAS WILTON BLACKSTONE,<br>COLDIRON SPECIALIZED DRIVEAWAY,<br>INC., and PROGRESSIVE INSURANCE<br>COMPANY,<br>　　　Defendants. | FILE NO: LACV095681<br><br>**NOTICE OF<br>NON-RESIDENT SERVICE** |

**To:**　　**COLDIRON SPECIALIZED DRIVEAWAY, INC.**

　　　　**200 N. Sooner Rd, Edmond, OK 73037**

　　　You will take notice that an original notice of suit or process against you, a copy of which

is hereto attached, was duly served upon you at Des Moines, Iowa by filing a copy of said notice

or process on the 22nd day of June, 2020 with the secretary of state of the State of Iowa.

　　　Dated at Des Moines, Polk County, Iowa, this 22nd  day of June, 2020.


　　　　　　　　　　　　　　　　/s/ Rick Schmidt
　　　　　　　　　　　　　_____
　　　　　　　　　　　　　RICHARD R. SCHMIDT, AT0007015
　　　　　　　　　　　　　Mueller, Berg & Schmidt, PLLC
　　　　　　　　　　　　　2711 Grand Avenue
　　　　　　　　　　　　　Des Moines, Iowa 50312
　　　　　　　　　　　　　Telephone No. (515) 444-4000
　　　　　　　　　　　　　Facsimile No. (515) 635-0082
　　　　　　　　　　　　　E-mail: rick.schmidt@iowalawyers.com
　　　　　　　　　　　　　ATTORNEY FOR PLAINTIFF

Copies to:
Coldiron Specialized Driveaway Inc.
200 N Sooner Road
Edmond, OK 73037
CRRR# 7019 1120 0001 7973 2150

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the attorneys of record of all parties to the above-entitled cause herein at their respective addresses disclosed on the pleadings of record on June 22, 2020

By:　☒ U.S. Mail　　　　　　　☐ FAX
　　　☐ Hand Delivered　　　　☐ Overnight Courier
　　　☐ Federal Express　　　　☐ Other: E-mail or EDMS


Signature: /S/ Toni L. Ford

1

IN THE IOWA DISTRICT COURT FOR LINN COUNTY

| | |
|---|---|
| TRACY LYNN POWELL,<br>　　　Plaintiff,<br>v.<br>THOMAS WILTON BLACKSTONE,<br>COLDIRON SPECIALIZED DRIVEAWAY,<br>INC., and PROGRESSIVE INSURANCE<br>COMPANY,<br>　　　Defendants. | FILE NO: LACV095681<br><br><br>**NOTICE OF<br>NON-RESIDENT SERVICE** |

**To:　Thomas Wilton Blackstone, 2040 Wilson Road, Linwood, NC 27299-9081**

You will take notice that an original notice of suit or process against you, a copy of which is hereto attached, was duly served upon you at Des Moines, Iowa by filing a copy of said notice or process on the 22nd day of June, 2020 with the secretary of state of the State of Iowa.

Dated at Des Moines, Polk County, Iowa, this 22nd  day of June, 2020.


　　　　　　　　　　*/s/ Rick Schmidt*

RICHARD R. SCHMIDT, AT0007015
Mueller, Berg & Schmidt, PLLC
2711 Grand Avenue
Des Moines, Iowa 50312
Telephone No. (515) 444-4000
Facsimile No. (515) 635-0082
E-mail: rick.schmidt@iowalawyers.com
ATTORNEY FOR PLAINTIFF

Copies to:
Thomas Wilton Blackstone
2040 Wilson Road
Linwood, NC 27299-9081
CRRR# 7019 1120 0001 7973 2143

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the attorneys of record of all parties to the above-entitled cause herein at their respective addresses disclosed on the pleadings of record on June 22, 2020

By:　☒ U.S. Mail　　　　　☐ FAX
　　　☐ Hand Delivered　　☐ Overnight Courier
　　　☐ Federal Express　　☐ Other: E-mail or EDMS


Signature: _/S/Toni L. Ford_

1

IN THE IOWA DISTRICT COURT FOR LINN COUNTY

| | | |
|---|---|---|
| TRACY LYNN POWELL, | ) | |
| | ) | Case No. 06571LACV095681 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NOTICE OF LIEN |
| | ) | |
| THOMAS WILTON BLACKSTONE, | ) | |
| COLDIRON SPECIALIZED | ) | |
| DRIVEAWAY, INC., and | ) | |
| PROGRESSIVE INSURANCE | ) | |
| COMPANY, | ) | |
| Defendants. | ) | |

Notice is hereby provided that Hy-Vee, Inc. and Union Insurance Co. of Providence are asserting a lien in the above-captioned case in regards to their interest for payment related to the workers' compensation claim.

SMITH MILLS
SCHROCK BLADES P.C.

_____
Lindsey E. Mills AT0010854
1225 Jordan Creek Parkway, Suite 108
West Des Moines, IA 50266
Telephone:   (515) 223-9920
Fax:   (515) 262-1384
Fax:   (319) 286-1748
Email: lmills@smithmillslaw.com
ATTORNEY FOR DEFENDANTS

<u>Original to</u>:
Richard Schmidt
Mueller, Berg and Schmidt, PLLC
2711 Grand Avenue
Des Moines, IA 50312
FAX: (515) 635-0082
ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE

By signing above, the attorney certifies that this document was served electronically on all parties who receive electronic notice through EDMS as listed on the notice of electronic filing or

☐  Mailing
☐  Email
☐  Transmitting by fax
☐  By leaving it with the Clerk of Court

2

IN THE IOWA DISTRICT COURT FOR LINN COUNTY

Case Number: LACV095681

| | |
|---|---|
| TRACY LYNN POWELL,<br>Plaintiff(s),<br><br>v.<br><br>THOMAS WILTON BLACKSTONE,<br>COLDIRON SPECIALIZED DRIVEAWAY,<br>INC., and PROGRESSIVE UNIVERSAL<br>INSURANCE COMPANY,<br>Defendant(s), | ACCEPTANCE OF SERVICE |

Service of the foregoing, ORIGINAL NOTICE, PETITION ET AL, is hereby accepted as provided by the law for the PROGRESSIVE UNIVERSAL INSURANCE COMPANY, defendant named herein, the 30th of June, 2020.

Commissioner of Insurance

Doug Ommen

## IN THE IOWA DISTRICT COURT FOR LINN COUNTY

| | |
|---|---|
| TRACY LYNN POWELL, | Case No. _____ |
| Plaintiffs, | **FILED**<br>Iowa Secretary of State<br>JUL 7 2020<br>4:30 p.m. |
| v. | |
| THOMAS WILTON BLACKSTONE,<br>COLDIRON SPECIALIZED DRIVEAWAY,<br>INC., and PROGRESSIVE INSURANCE<br>COMPANY,<br>  Defendants. | **ORIGINAL NOTICE** |

### TO THE ABOVE-NAMED DEFENDANTS:
### THOMAS WILTON BLACKSTONE
### COLDIRON SPECIALIZED DRIVEAWAY, INC.
### PROGRESSIVE INSURANCE COMPANY

You are hereby notified that there is now on file in the office of the clerk of the above court a petition at law naming you as a defendant in the above-entitled action, a copy of the Petition at Law and Jury Demand is attached hereto. The Plaintiffs' attorney is Richard R. Schmidt of Mueller, Berg & Schmidt, P.L.L.C., whose address is 2711 Grand Avenue, Des Moines, Iowa 50312. The attorney's phone number is (515) 444-4000 and facsimile number is (515) 635-0082.

You are further notified that the above case has been filed in a county that utilizes electronic filing. Unless, within 20 days of service of this original notice is upon you, you serve, and within a reasonable time thereafter, file a motion or answer in the Iowa District Court for **LINN COUNTY**, at the courthouse in **CEDAR RAPIDS, IOWA**, judgment by default will be rendered against you for the relief demanded in the petition. Please see Iowa Court rules Chapter 16 for information on electronic filing and Iowa Court Rules Chapter 16, division VI regarding the protection of personal information in the court filings.

If you need assistance to participate in court due to a disability, call the disability coordinator at (319) 398-3920. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). **Disability coordinators cannot provide legal advice.**

**CLERK OF THE ABOVE COURT**
Linn County Courthouse
51 3rd Avenue Bridge
PO BOX 1468
Cedar Rapids, IA 52406-5488

**FILED**

Iowa Secretary of State

# STATE OF IOWA JUDICIARY

*Case No.* LACV095684

*County* Linn

JUL 7 2020

4:30 p.m.

*Case Title* TRACY L POWELL VS THOMAS W BLACKSTONE ET AL

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:**
http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16**: http://www.iowacourts.state.ia.us/Efile

*Scheduled Hearing:*

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(319) 398-3920** . (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

*Date Issued* 06/22/2020 10:58:47 AM



*District Clerk of* Linn                    *County*
/s/ Breauna Emanuel

FILED
Iowa Secretary of Stat

JUL 7 2020

4:30 p.m.

IN THE IOWA DISTRICT COURT FOR LINN COUNTY

| | |
|---|---|
| TRACY LYNN POWELL, <br> Plaintiff, <br> v. <br> THOMAS WILTON BLACKSTONE, <br> COLDIRON SPECIALIZED DRIVEAWAY, <br> INC., and PROGRESSIVE INSURANCE <br> COMPANY, <br> Defendants. | FILE NO: _____ <br><br> **PETITION AT LAW** <br> **and** <br> **JURY DEMAND** |

**COMES NOW** the Plaintiff, by and through the undersigned attorney, and for her Petition at Law, hereby states the following:

## JURISDICTION AND VENUE

1.    At all times material hereto, Plaintiff Tracy Lynn Powell was an individual and resident of Cedar Rapids, Linn County, Iowa.

2.    At all times material hereto, Defendant Thomas Wilton Blackstone was an individual and a resident of Linwood, North Carolina.

3.    At all times material hereto, Defendant Coldiron Specialized Driveaway, Inc., was an Oklahoma Corporation, that has conducts business throughout the United States.

4.    At all times material hereto, Defendant Progressive Insurance Company, was a business entity domiciled in the State of Iowa and was registered with the Iowa Insurance Division located in Des Moines, Polk County, Iowa.

5.    The allegations which gave rise to this lawsuit occurred in Linn County, Iowa.

6.    The amount of controversy exceeds the jurisdictional requirements of the Iowa District Court in and for Linn County.

## FACTS COMMON TO ALL ACCOUNTS

7.    Plaintiff incorporates by reference all preceding paragraphs as if fully set out forth

1

herein.

8.      On or about July 10, 2018, Plaintiff Tracy Lynn Powell was driving her vehicle westbound on the outside lane in the 800 block of 33rd Avenue SW in Cedar Rapids, Lynn County, Iowa.

9.      At said time and place Defendant Thomas Wilton Blackstone was driving with consent a vehicle owned by Coldiron Specialized Driveaway, Inc and travelling westbound on the inside lane.

10.     At said time and place, Defendant Thomas Wilton Blackstone attempted to make a right turn from the inside lane and struck the vehicle driven by Plaintiff Tracy Lynn Powell.

11.     Plaintiff Tracy Lynn Powell suffered injuries as a result of the motor vehicle collision.

## COUNT I: NEGLIGENCE
## DEFENDANT BLACKSTONE

12.     Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.

13.     Defendant Thomas Wilton Blackstone had a duty to use reasonable care in the operation of the motor vehicle.

14.     Defendant Thomas Wilton Blackstone breached the aforesaid duty in one or more of the following particulars:

      a.  In failing to keep a proper lookout;

      b.  In failing to have the vehicle under control at all times, in violation of Iowa Code §321.288;

      c.  In failing to make proper use of lanes in violation of Iowa Code §321.206;

2

d.  In failing to exercise due care to avoid colliding with a vehicle upon a public roadway;

e.  In failing to obey state and local laws and rules of the road concerning the safe operation of an automobile;

f.  In failing to act as a reasonably prudent person under the same or similar circumstances.

15.  Defendant Thomas Wilton Blackstone's aforesaid negligence was a proximate cause of the described collision which subsequently caused injuries and damages sustained by Plaintiff Tracy Lynn Powell.

16.  As a result of the aforesaid, Plaintiff Tracy Lynn Powell sustained multiple injuries to her body and extremities, the full and complete extent of which are not yet known.

17.  As a result of Defendant Thomas Wilton Blackstone's negligent acts and omissions, Plaintiff Tracy Lynn Powell has suffered and will continue to suffer the following harms and losses:

a.  Past medical expenses;

b.  Future medical expenses;

c.  Past pain and suffering;

d.  Future pain and suffering;

e.  Past loss of function of full use of body;

f.  Future loss of function of full use of body;

g.  Past loss of income;

h.  Future loss of income;

3

g.  Past loss of income;

h.  Future loss of income; and

i.  Any other element of damages allowable under Iowa law not specifically set forth
herein.

**WHEREFORE**, Plaintiff Tracy Lynn Powell demands judgment against Defendant Coldiron

Specialized Driveaway, Inc., pursuant to Iowa Code Section 321.493 as owner of the vehicle

involved in the July 10, 2018 collision for the injuries she sustained, together with interest

thereon as allowed by law, and for the costs of this action.

## COUNT III: UNDERINSURED/UNINSURED (UIM/UM) MOTORIST CLAIM AGAINST DEFENDANT PROGRESSIVE AUTOMOBILE INSURANCE COMPANY

22.  Plaintiff incorporates by reference all preceding paragraphs as if fully set forth

herein.

23.  Plaintiff Tracy Lynn Powell had underinsured insurance coverage on July 10, 2018,

the date of said collision, through Progressive Insurance Company, policy # 40438284.

24.  As a result of the July 10, 2018, motor vehicle collision, Plaintiff Tracy Lynn

Powell suffered injuries and damages through no fault of her own.

25.  Plaintiff Tracy Lynn Powell is entitled to compensation under this policy for her

injuries if it is found that the negligent parties were underinsured.

26.  Plaintiff Tracy Lynn Powell has suffered and will continue to suffer the following

harms and losses as a result of the July 10, 2018, motor vehicle collision:

a.  Past medical expenses;

b.  Future medical expenses;

5

c. Past pain and suffering;

d. Future pain and suffering;

e. Past loss of function and full use of body;

f. Future loss of function and full use of body;

g. Past loss of income;

h. Future loss of income; and

i. Any other element of damages allowable under Iowa law not specifically set forth herein.

**WHEREFORE**, Plaintiff Tracy Lynn Powell demands judgment against Defendant Progressive Insurance Company pursuant to her underinsured insurance and uninsured insurance policy coverage for the injuries she sustained and damages exceeding policy limits of any coverage applicable to Defendant Thomas Wilton Blackstone and/or any other insured Defendants, together with interest thereon as allowed by law, and for the costs of this action.

## JURY DEMAND

Plaintiff Tracy Lynn Powell hereby requests trial by jury in the above-captioned matter.

RICHARD R. SCHMIDT, AT0007015
Mueller, Berg & Schmidt, PLLC
2711 Grand Avenue
Des Moines, Iowa 50312
Telephone: (515) 444-4000
Facsimile: (515) 635-0082
Email: rick.schmidt@iowalawyers.com
ATTORNEY FOR PLAINTIFF

**FILED**
Iowa Secretary of State
JUL 7 2020
4:30 p.m.

6

**FILED**
Iowa Secretary of State

JUL 7 2020

4:30 p.m.

IN THE IOWA DISTRICT COURT FOR LINN COUNTY

| | |
|---|---|
| TRACY LYNN POWELL,<br>   Plaintiff,<br>v.<br>THOMAS WILTON BLACKSTONE,<br>COLDIRON SPECIALIZED DRIVEAWAY,<br>INC., and PROGRESSIVE INSURANCE<br>COMPANY,<br>   Defendants. | FILE NO: LACV095681<br><br><br>**NOTICE OF<br>NON-RESIDENT SERVICE** |

**To:   COLDIRON SPECIALIZED DRIVEAWAY, INC.**

**200 N. Sooner Rd, Edmond, OK 73037**

You will take notice that an original notice of suit or process against you, a copy of which

is hereto attached, was duly served upon you at Des Moines, Iowa by filing a copy of said notice

or process on the 22nd day of June, 2020 with the secretary of state of the State of Iowa.

Dated at Des Moines, Polk County, Iowa, this 22nd day of June, 2020.

/s/ Rick Schmidt

RICHARD R. SCHMIDT, AT0007015
Mueller, Berg & Schmidt, PLLC
2711 Grand Avenue
Des Moines, Iowa 50312
Telephone No. (515) 444-4000
Facsimile No. (515) 635-0082
E-mail: rick.schmidt@iowalawyers.com
ATTORNEY FOR PLAINTIFF

Copies to:
Coldiron Specialized Driveaway Inc.
200 N Sooner Road
Edmond, OK 73037
CRRR# 7019 1120 0001 7973 2150

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the attorneys of record of all parties to the above-entitled cause herein at their respective addresses disclosed on the pleadings of record on June 22, 2020

By:   ☒ U.S. Mail            ☐ FAX
      ☐ Hand Delivered        ☐ Overnight Courier
      ☐ Federal Express       ☐ Other: E-mail or EDMS

Signature: /S/ Toni L Ford

1

IN THE IOWA DISTRICT COURT FOR LINN COUNTY

| | |
|---|---|
| TRACY LYNN POWELL,<br>    Plaintiff,<br><br>v.<br><br>THOMAS WILTON BLACKSTONE,<br>COLDIRON SPECIALIZED DRIVEAWAY,<br>INC., and PROGRESSIVE INSURANCE<br>COMPANY,<br>    Defendants. | FILE NO: LACV095681<br><br><br>**AFFIDAVIT OF SERVICE**<br>**RE: Coldiron Specialized Driveaway, Inc.** |

**STATE OF IOWA** )
                )   **SS**
**COUNTY OF POLK** )

      I, Toni L. Ford, after being first duly sworn, do hereby depose and state that on the 22nd

day of June, 2020, I mailed file-stamped copies of the Notice of Non-Resident Service, Original

Notice, Petition and Jury Demand to Defendant Coldiron Specialized Driveaway, Inc., at the last

known address of: 200 N Sooner Road, Edmond, OK 73037 pursuant to Iowa Code §617.3.



Toni L. Ford

Subscribed and sworn to before me this 22nd day of June, 2020.

**PATRICIA FLORES**
Commission Number 812201
My Commission Expires
August 16, 20 21

Notary Public, State of Iowa

1

## IN THE IOWA DISTRICT COURT FOR LINN COUNTY

| | |
|---|---|
| Tracy Lynn Powell, | Case No. LACV095681 |
| Plaintiff, | |
| vs. | **Appearance of Drew Powell and Philip Burian** |
| Thomas Wilton Blackstone, Coldiron Specialized Driveaway, Inc. and Progressive Insurance Company, | |
| Defendants. | |

COMES NOW, Drew A. Powell and Phillip A. Burian, of the law firm of Simmons Perrine Moyer Bergman PLC and enters their appearance for and on behalf of Defendants, Thomas Wilton Blackstone and Coldiron Specialized Driveaway, Inc., in the above-entitled case of action.

Dated: July 23, 2020

Respectfully submitted,

/s/ Drew A. Powell
Drew A. Powell      ATT0013816
PHILIP A. BURIAN  AT0001284
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401-1266
Telephone: (319) 896-4041
Facsimile: (319) 366-1917
E-mail:  dpowell@spmblaw.com
            pburian@spmblaw.com

ATTORNEYS FOR DEFENDANTS

1

**Certificate of Service**

I hereby certify that on July 23, 2020, I electronically filed the foregoing document with the Clerk of Court using the EDMS system with a copy being sent via electronic notice.

Richard R. Schmidt
Mueller, Berg & Schmidt, PLLC
2711 Grand Avenue
Des Moines, Iowa 50312
Rick.schmidt@iowalawyers.com
*Attorney for Plaintiff*

/s/ B. Musel

2